THE PEOPLE OF THE STATE OF NEW YORK ex rel. NELSON TOWERS REALTY CORPORATION, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. (1932-3-5-6 and 1941-2

Taxes, Section 3, Block 784, Lot 41.) —

Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.